IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BISCAYNE BAY PILOTS, INC.,

Petitioner,

v.

FLORIDA-CARIBBEAN CRUISE
ASSOCIATION,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2388

Opinion filed November 9, 2016.

Petition for Writ of Prohibition.

Donna E. Blanton of Radey Law Firm, Tallahassee and Robert Peltz of The Peltz
Law Firm, Miami, for Petitioner.

Thomas F. Panza of Panza, Maurer, & Maynard, Fort Lauderdale, Pamela Jo
Bondi, Attorney General and Marlene K. Stern, Assistant Attorney General,
Tallahassee, for Pilotage Rate Review Committee, for Respondents.

PER CURIAM.

        DENIED.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.